IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **BRET BIELEMA** | **PLAINTIFF** |
| vs. | |
| **THE RAZORBACK FOUNDATION, INC.** | **DEFENDANT** |

Case No. 5:20-cv-05104-PKH

| | |
|---|---|
| **THE RAZORBACK FOUNDATION, INC.** | **COUNTER- PLAINTIFF** |
| vs. | |
| **BRET BIELEMA and NEIL CORNRICH** | **COUNTER-DEFENDANTS** |

**COUNTER-DEFENDANTS'
JOINT MOTION FOR RULE 11 SANCTIONS**

Through the undersigned counsel, the Counter-Defendants, Bret Bielema ("Coach Bielema") and Neil Cornrich ("Cornrich"), state the following in support of their Joint Motion for Rule 11 Sanctions:

1. On September 3, 2020, responding to the Amended Complaint filed by Coach Bielema, counsel for the Foundation filed an Answer and Counterclaim.

2. The Foundation's Counterclaim included allegations that Coach Bielema and Cornrich, his agent, negotiated, entered, and performed under the Final Buyout Agreement in bad faith. *E.g.*, Counterclaim, № 35 ¶¶ 4–5, 10, 21, 23, 68, 71–73, 77–78. The Foundation alleges that they conspired to procure employment for Coach Bielema with the New England Patriots and intentionally negotiated a low salary to deprive the Foundation of income that would offset its payment obligations to Coach Bielema under the Final Buyout Agreement.

3. All four counts in the Counterclaim incorporate some of those allegations. One count alleges that Coach Bielema and Neil Cornrich fraudulently induced the Foundation to enter the Final Buyout Agreement.

4. The Foundation describes Coach Bielema and Cornrich as irrational participants in a baffling conspiracy that would not have benefited either of them.

5. Beginning with the Foundation's surprise January 31, 2018 Demand Letter, **Exhibit 1**, and continuing through the filing of the Counterclaim, representatives of Coach Bielema have labored to demonstrate that these beliefs are false. The Foundation has refused to hear any account but its own.

6. The Foundation's initial disclosures disclose no evidence of any kind supporting the false and injurious allegations of a conspiracy to defraud.

7. On October 11, 2020, pursuant to Federal Rule of Civil Procedure 11(c)(2), the undersigned presented the Foundation with a draft of this Joint Motion for Rule 11 Sanctions and the Brief in Support of Counter-Defendants' Joint Motion for Rule 11 Sanctions, which is incorporated herein as if set forth word for word, with a demand that the Foundation withdraw the frivolous conspiracy allegations and fraud claim.

8. Twenty-one days have passed. The Foundation has not withdrawn them or produced any other evidence of a good faith investigation that would comply with the requirements of Rule 11. Coach Bielema and Cornrich therefore move the Court to:

    a. Find that counsel for the Foundation failed to comply with both the "reasonable inquiry" and "improper purpose" prongs of Federal Rule of Civil Procedure 11(b) in connection with the filing of Count III of the Foundation's Counterclaim;

b. Exercise its discretion to impose appropriate sanctions on opposing counsel; and

c. Provide the Counter-Defendants with all other appropriate relief to which they may be entitled.

Respectfully submitted,

By: /s/ Thomas A. Mars
Thomas A. Mars, AR Bar 86115
MARS LAW FIRM, P.A.
5500 Pinnacle Point Drive, Suite 202
Rogers, AR 72758
Phone: (479) 381-5535
tom@mars-law.com

John C. Everett, AR Bar 70022
EVERETT LAW FIRM
P.O. Box 1460
12217 W. Hwy. 62
Farmington, AR 72730-1460
Phone: (479) 267-0292
john@everettfirm.com

John E. Tull III, AR Bar 84150
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center St., Suite 1900
Little Rock, AR 72201
Phone: (501) 379-1705
jtull@qgtlaw.com

Ryan K. Culpepper, AR Bar 2012093
CULPEPPER LAW FIRM, PLLC
P.O. Box 70
Hot Springs, AR 71902
Phone: (501) 760-0500
ryan@theculpepperfirm.com

        R. Craig Wood
        Benjamin P. Abel
          (*admitted pro hac vice*)

        McGUIRE WOODS LLP
        Court Square Building
        652 Peter Jefferson Parkway, Suite 350
        Charlottesville, VA 22911
        Phone: (434) 977-2558
        cwood@mcguirewoods.com
        babel@mcguirewoods.com

        ***Counsel for Plaintiff/Counter-Defendant Bret Bielema***

        /s/ Richard N. Watts
        Richard N. Watts AR Bar 82174
        Watts, Donovan, Tilley & Carson, P.A.
        2120 Riverfront Dr., Suite 275
        Little Rock, AR 72202
        Phone: (501) 372-1406
        richard.watts@wdtc.law

        ***Counsel for Counter-Defendant Neil Cornrich***