**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| **BRET A. BIELEMA** | **PLAINTIFF** |
| v.   5:20-cv-05104-PKH | |
| **THE RAZORBACK FOUNDATION, INC.** | **DEFENDANT** |

| | |
|---|---|
| **THE RAZORBACK FOUNDATION, INC.** | **COUNTER-PLAINTIFF** |
| V. | |
| **BRET A. BIELEMA and NEIL CORNRICH** | **COUNTER-DEFENDANTS** |

**AMENDED CERTIFICATE OF SERVICE**

I, Marshall S. Ney, do hereby certify that Counter-Plaintiff The Razorback Foundation, Inc.'s Brief in Opposition to Counter-Defendants' Rule 11 Motion for Sanctions (Doc. 46) was electronically filed with the Court on November 3, 2020, and that the below listed persons received a copy of the same via the Court's electronic notification system (ECF), on or about the 3rd day of November, 2020:

| | |
|---|---|
| Thomas A. Mars<br>MARS LAW FIRM<br>5500 Pinnacle Point Drive, Suite 202<br>Rogers, AR  72758<br>tom@mars-law.com | Richard N. Watts<br>WATTS, DONOVAN, TILLEY &<br>CARSON, P.A.<br>2120 Riverfront Drive, Suite 275<br>Little Rock, AR  72202-1436<br>Richard.watts@wdtc.law |
| R. Craig Wood<br>Benjamin P. Abel<br>McGUIRE WOODS LLP<br>Court Square Building<br>652 Peter Jefferson Parkway, Suite 350<br>Charlottesville, VA 22911<br>cwood@mcguirewoods.com<br>babel@mcguirewoods.com | John C. Everett<br>EVERETT LAW FIRM<br>P.O. Box 1460<br>12217 W. Hwy. 62<br>Farmington, AR 72730-1460<br>john@everettfirm.com |

2

| | |
|---|---|
| John E. Tull, III<br>QUATTLEBAUM, GROOMS &<br>TULL PLLC<br>111 Center St., Suite 1900<br>Little Rock, AR 72201<br>jtull@qgtlaw.com | Ryan K. Culpepper<br>CULPEPPER LAW FIRM, PLLC<br>P.O. Box 70<br>Hot Springs, AR 71902<br>ryan@theculpepperfirm.com |

                                                                    */s/ Marshall S. Ney*
                                                                    Marshall S. Ney