**REPLY BRIEF IN SUPPORT OF COUNTER-DEFENDANTS'
JOINT MOTION FOR RULE 11 SANCTIONS**

**EXHIBIT 2**



