| | |
|---|---|
| **From:** | Tom Mars <tom@mars-law.com> |
| **Sent:** | Wednesday, December 23, 2020 2:28 PM |
| **To:** | Rob Brown |
| **Cc:** | Marshall S. Ney; Robert W. George; Katherine C. Campbell; Blake Brizzolara; John Everett; John Tull; Ryan K. Culpepper; R. Craig Wood; Richard N. Watts |
| **Subject:** | Re: Bielema v. The Razorback Foundation, Inc. 5:20-cv-05104-PKH |

Rob,

Counsel for Bret Bielema and Neil Cornrich have completed their review of the newly discovered evidence and have concluded that it has no bearing on the pending Joint Motion for Sanctions.

Tom Mars

> On Dec 22, 2020, at 3:17 PM, Rob Brown <Rob_Brown@arwd.uscourts.gov> wrote:
>
> Thank you for the email, Tom. I will pass the request along to Judge Holmes right away and get back to all of you if he has any follow up.
>
> Rob
>
> ---
>
> **From:** Tom Mars <tom@mars-law.com>
> **Sent:** Tuesday, December 22, 2020 2:06 PM
> **To:** Rob Brown <Rob_Brown@arwd.uscourts.gov>
> **Cc:** Marshall S. Ney <mney@fridayfirm.com>; Robert George <rgeorge@fridayfirm.com>; Katherine C. Campbell <kcampbell@fridayfirm.com>; Blake Brizzolara <bbrizzolara@fridayfirm.com>; John Everett <john@everettfirm.com>; John Tull <jtull@qgtlaw.com>; Ryan K. Culpepper <ryan@theculpepperfirm.com>; Craig Wood <cwood@mcguirewoods.com>; Richard N. Watts <richard.watts@wdtc.law>
> **Subject:** Bielema v. The Razorback Foundation, Inc. 5:20-cv-05104-PKH
>
> **CAUTION - EXTERNAL:**
>
> Rob,
>
> In light of newly discovered evidence that we are still reviewing, counsel for Bret Bielema request that the Court defer ruling on the pending Joint Motion for Sanctions for at least a few days. I am authorized to inform you that counsel for Neil Cornrich joins in this request.
>
> Tom Mars



EXHIBIT "A"

1

tom@mars-law.com

www.mars-law.com

NORTHWEST ARKANSAS
5500 Pinnacle Point Dr., Suite 202
Rogers, AR 72758 l 479-381-5535

ATLANTA, GEORGIA
2870 Peachtree Rd., #411
Atlanta, GA 30305 l 404-583-2222

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



tom@mars-law.com

www.mars-law.com

NORTHWEST ARKANSAS
5500 Pinnacle Point Dr., Suite 202
Rogers, AR 72758 l 479-381-5535

ATLANTA, GEORGIA
2870 Peachtree Rd., #411
Atlanta, GA 30305 l 404-583-2222