# Exhibit F

**From:** Katherine C. Campbell <kcampbell@fridayfirm.com>
**Sent:** Monday, December 21, 2020 4:09 PM
**To:** Nieh, Andrew <andrew.nieh@cbs.com>
**Cc:** Marshall S. Ney <mney@fridayfirm.com>; Robert W. George <rgeorge@fridayfirm.com>
**Subject:** Bielema v. The Razorback Foundation, Inc.

Andrew,

This email memorializes our discussions on Friday, December 18, regarding the subpoena served on Dennis Dodd on November 13 by the Razorback Foundation in the above-captioned matter. As an initial matter, you stated that Mr. Dodd was not properly served. Attached is an affidavit of service confirming that Mr. Dodd, and not his wife, was personally served.

You also represented that CBS, on behalf of Mr. Dodd, intends to object to the subpoena on a number of grounds, including reporters' privilege. You further stated that notwithstanding your objections, Mr. Dodd did not have any documents relevant to the lawsuit. In response, I offered to agree to suspend Mr. Dodd's compliance with the subpoena in exchange for a signed declaration stating that he will not participate in the case for either side, and that if he decided in the future to voluntarily participate in the case, he would provide all documents responsive to the subpoena. Per your request, attached is a draft declaration to that effect.

I understand that you will be out of the office the remainder of the year, so please let us know if the declaration is acceptable by no later than January 6, 2021. We look forward to hearing from you.

Thanks,

Katie

KATHERINE C. CAMPBELL  |  ATTORNEY



kcampbell@fridayfirm.com  |  Direct: (479) 695-6040  |  Fax (501) 537-2946
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, Arkansas 72758  |  www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 479-695-6040 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.