# Exhibit H

### *Seeking Confirmation of Information and Agreeing to Provide Information for a CBS Sports News Story that never Materialized*

Dennis Dodd is sportswriter with CBS Sports. Mr. Mars recalls speaking with Mr. Dodd on behalf of Coach Bielema on two or three occasions before this litigation was commenced and once very recently when Mr. Dodd received a subpoena from the Foundation. First, Mr. Mars spoke with Mr. Dodd last year about the news story he wrote that was mentioned in Coach Bielema's Complaint and Amended Complaint. Mr. Mars does not recall when that telephone conversation occurred. The sole purpose of that call was to have Mr. Dodd verify that Coach Bielema never said to him that he had no interest in returning to a collegiate head coach position. The second conversation (and perhaps a third) between Mr. Mars and Mr. Dodd also occurred before this litigation was commenced. On a date unknown to Mr. Mars, Mr. Dodd called and expressed interest in interviewing Coach Bielema for a story he planned to write about the dispute between the Foundation and Coach Bielema. On behalf of Coach Bielema, Mr. Mars declined to make Coach Bielema available for an interview but agreed to speak with Mr. Dodd "on background" without attribution. Mr. Mars does not recall the substance of what Mr. Dodd asked him about during the interview or what he said in response. In any event, for reasons unknown to Mr. Mars, the story Mr. Dodd planned to write about Coach Bielema never materialized.

### *Seeking an Independent Assessment of the Merits of this Dispute from Mike McCann – a Lawyer/Sports Journalist with whom Neil Cornrich was Acquainted*

Mike McMann is a former <u>Sports Illustrated</u> sportswriter who is now both a sportswriter and a law professor at the University of New Hampshire ("UNH"). Aside from teaching at the New Hampshire law school, Mr. McMann is a freelance sportswriter for "Sportico." Mr. Cornrich