### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

| | |
|---|---|
| **BRET A. BIELEMA** | **PLAINTIFF** |
| v. | |
| **THE RAZORBACK FOUNDATION, INC.** | **DEFENDANT** |

**5:20-cv-05104-PKH**

| | |
|---|---|
| **THE RAZORBACK FOUNDATION, INC.** | **COUNTER-PLAINTIFF** |
| v. | |
| **BRET A. BIELEMA** and | |
| **NEIL CORNRICH** | **COUNTER-DEFENDANTS** |

### STIPULATION OF VOLUNTARY DISMISSAL OF
### COUNTS II AND III OF PLAINTIFF'S AMENDED COUNTERCLAIM

On July 7, 2020, Plaintiff Bret Bielema ("Bielema") filed an Amended Counterclaim, which included a cause of action for breach of the non-disparagement clause in the Final Buyout Agreement (Count II) and a cause of action for false light invasion of privacy (Count III). In bringing these causes of action, Bielema alleged that The Razorback Foundation, Inc. had engaged in a course of conduct that disparaged him and "hindered his ability to be hired as a DI head coach." *Amended Counterclaim*, ¶ 153. In both Counts II and III of the Amended Counterclaim, Bielema sought consequential and incidental damages, including loss of earning potential. *Id.* at ¶ 148.

1

On December 19, 2020, the University of Illinois ("Illinois") announced that it had selected Bielema as its new head football coach. On January 21, 2021, the Illinois Board of Trustees approved Bielema's six-year employment contract, which includes a $4.2 million annual salary in the first year with annual salary increases of $100,000. In light of this development, Bielema wishes to dismiss Counts II and III of his Amended Complaint.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(1)(A)(ii), the undersigned parties have stipulated to the voluntary dismissal of Counts II and III of Bielema's Amended Complaint.

*Stipulated by Counsel for*
*Plaintiff/Counter-Defendant Bret Bielema*

By: /s/ *Thomas A. Mars*
Thomas A. Mars, AR Bar 86115
MARS LAW FIRM, P.A.
5500 Pinnacle Point Drive, Suite 202
Rogers, AR 72758
Phone: (479) 381-5535
tom@mars-law.com


*Stipulated by Counsel for*
*The Razorback Foundation, Inc.*

By: /s/ *Marshall S. Ney*
Marshall S. Ney, AR91108
Robert W. George, AR98134
Katherine C. Campbell, AR2013241
Blake Z. Brizzolara, AR2017229
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office:(479) 695-6049
Facsimile:(501) 244-5389
mney@fridayfirm.com

*Stipulated by Counsel for
Counter-Defendant Neil Cornrich*

/s/ *Richard N. Watts*
Richard N. Watts AR Bar 82174
Watts, Donovan, Tilley & Carson, P.A.
2120 Riverfront Dr., Suite 275
Little Rock, AR 72202
Phone: (501) 372-1406
richard.watts@wdtc.law