# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**BRET A. BIELEMA**                                                                        **PLAINTIFF**

### NO. 20-cv-5104

**THE RAZORBACK FOUNDATION, INC**                          **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 26th day of January, 2021, the parties hereto having filed a stipulation for dismissal of Counts II and III of Plaintiff's Amended Complaint pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that Counts II and III of Plaintiff's Amended Complaint filed on July 2, 2020, be, and hereby are dismissed without prejudice.

                             AT THE DIRECTION OF THE COURT

                             DOUGLAS F. YOUNG, CLERK

                             BY:  S. Cummings
                                        Deputy Clerk