IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRET BIELEMA.**                                                      **PLAINTIFF**

vs.

**THE RAZORBACK FOUNDATION, INC.**                  **DEFENDANT**

Case No. 5:20-cv-05104-PKH

**THE RAZORBACK FOUNDATION, INC.**                **COUNTER- PLAINTIFF**

vs.

**BRET BIELEMA and NEIL CORNRICH**              **COUNTER- DEFENDANTS**

**JOINT MOTION OF ALL PARTIES TO ADJUST
PRE-TRIAL DEADLINES**

Through the parties' undersigned counsel, and for good cause, Plaintiff/Counter-Defendant Bret Bielema, Counter-Defendant Neil Cornrich, and Defendant Counter-Plaintiff The Razorback Foundation, Inc., (collectively "Movants") request that the Court make the following adjustments to the pre-trial deadlines set forth in the Final Scheduling Order, as amended by the Court's "Text Only Order" dated January 11, 2021:[1]

1. Extension of Expert Disclosure Deadline until February 15, 2021

2. Extension of Fact Discovery Cut Off until March 1, 2021 (current deadline but narrowed to fact discovery only)

3. Extension of Rebuttal Expert Disclosures until March 15, 2021 (extended)

4. Extension of Expert Discovery Cut Off until March 31, 2021 (new)

---

[1] This case is set for trial beginning on June 1, 2021.

Wherefore, the Movants respectfully request that the Court extend the foregoing pre-trial deadlines.

Respectfully submitted,

*Counsel for Plaintiff/Counter-Defendant Bret Bielema*

By: /s/ *Thomas A. Mars*
Thomas A. Mars, AR Bar 86115
MARS LAW FIRM, P.A.
5500 Pinnacle Point Drive, Suite 202
Rogers, AR 72758
Phone: (479) 381-5535
tom@mars-law.com

*Counsel for The Razorback Foundation, Inc.*

By: */s/ Marshall S. Ney*
Marshall S. Ney, AR91108
Robert W. George, AR98134
Katherine C. Campbell, AR2013241
Blake Z. Brizzolara, AR2017229
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office:(479) 695-6049
Facsimile:(501) 244-5389
mney@fridayfirm.com

*Counsel for Counter-Defendant Neil Cornrich*

/s/ *Richard N. Watts*
Richard N. Watts AR Bar 82174
Watts, Donovan, Tilley & Carson, P.A.
2120 Riverfront Dr., Suite 275
Little Rock, AR 72202
Phone: (501) 372-1406
richard.watts@wdtc.law