# EXHIBIT B

| | |
|---|---|
| **From:** | ServiceDesk@seyfarth.com |
| **Sent:** | Friday, December 18, 2020 4:41 PM |
| **To:** | rgeorge@fridayfirm.com; mney@fridayfirm.com; kcampbell@fridayfirm.com |
| **Cc:** | Schillinger, Caleb; Wilson, Dallin R |
| **Subject:** | Bielema v. The Razorback Foundation, Inc. |



# drwilson@seyfarth.com sent you a secure message

Access message

Counsel,

Please find available for download using the links below: (i) documents being produced in response to the subpoenas issued to New England Patriots LLC and Bill Belichick in this matter (Bates stamped NEP_000001-458), and (ii) a redaction and privilege log for the production.  Please note that several documents, and the log, have been marked "CONFIDENTIAL" in anticipation of being designated as confidential materials subject to a protective order to be entered by the Court.  Per your agreement, all of these documents are to be treated as "attorneys' eyes only" pending entry of that order and our ability to make such designations.

Please let me know if you have any problems accessing the documents.

Regards,

Dallin

Secured by Accellion

⏰   Attachments expire on Jan 17, 2021

 **1 PDF**
Redaction and Privilege Log for NEP_000001-458 (Confidential).pdf

 **1 compressed file**
NEP-Belichick Document Production (NEP_000001-458).zip

| From: | ServiceDesk@seyfarth.com |
| --- | --- |
| Sent: | Friday, December 18, 2020 4:30 PM |
| To: | tom@mars-law.com; jtull@qgtlaw.com; cwood@mcguirewoods.com; john@everettfirm.com; ryan@theculpepperfirm.com; babel@mcguirewoods.com; richard.watts@wdtc.law |
| Cc: | Schillinger, Caleb; Wilson, Dallin R |
| Subject: | Bielema v. The Razorback Foundation, Inc. |



# drwilson@seyfarth.com sent you a secure message

**Access message**

Counsel,

Please find available for download using the links below:  (i) documents being produced in response to the subpoenas issued to New England Patriots LLC and Bill Belichick in this matter (Bates stamped NEP_000001-458), and (ii) a redaction and privilege log for the production.  Please note that several documents, and the log, have been marked "CONFIDENTIAL" in anticipation of being designated as confidential materials subject to a protective order to be entered by the Court.  Per your agreement, all of these documents are to be treated as "attorneys' eyes only" pending entry of that order and our ability to make such designations.

Please let me know if you have any problems accessing the documents.

Regards,

Dallin

Secured by Accellion

⏱ Attachments expire on Jan 17, 2021

 1 PDF
Redaction and Privilege Log for NEP_000001-458 (Confidential).pdf

 1 compressed file
NEP-Belichick Document Production (NEP_000001-458).zip