IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRET A. BIELEMA**                                                                                    **PLAINTIFF**

v.                                             5:20-cv-05104-PKH

**THE RAZORBACK FOUNDATION, INC.**                                            **DEFENDANT**

---

**THE RAZORBACK FOUNDATION, INC.**                                    **COUNTER-PLAINTIFF**

v.

**BRET A. BIELEMA and**
**NEIL CORNRICH**                                                                      **COUNTER-DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Counter-Plaintiff The Razorback Foundation, Inc. and Counter-Defendants Bret A. Bielema and Neil Cornrich (collectively, the "Parties"), through their respective counsel, jointly submit for the Court's approval the following stipulation:

1. The Parties have notified the Court that they have settled this case.

2. The Parties stipulate and agree to dismiss with prejudice any and all claims and counterclaims asserted, or which could have been asserted, in this action.

3. The Parties have agreed to pay their own costs and attorneys' fees.

4. The Parties jointly request the issuance of an Order dismissing this cause of action with prejudice in accordance with the foregoing stipulated terms.

DATED this 29th day of April, 2021.

Respectfully Submitted,

By: /s/ Marshall S. Ney
Marshall S. Ney, AR91108
Robert W. George, AR98134
Katherine C. Campbell, AR2013241
Blake Z. Brizzolara, AR2017229
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR  72758
Office:           (479) 695-6049
Facsimile:     (501) 244-5389
mney@fridayfirm.com

*Counsel for The Razorback Foundation, Inc.*

By: /s/ Thomas A. Mars
Thomas A. Mars
MARS LAW FIRM
5500 Pinnacle Point Drive, Suite 202
Rogers, AR  72758
tom@mars-law.com

R. Craig Wood
Benjamin P. Abel
McGUIRE WOODS LLP
Court Square Building
652 Peter Jefferson Parkway, Suite 350
Charlottesville, VA 22911
cwood@mcguirewoods.com
babel@mcguirewoods.com

John C. Everett
EVERETT LAW FIRM
P.O. Box 1460
12217 W. Hwy. 62
Farmington, AR 72730-1460
john@everettfirm.com

John E. Tull, III
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center St., Suite 1900
Little Rock, AR 72201
jtull@qgtlaw.com

Ryan K. Culpepper
CULPEPPER LAW FIRM, PLLC
P.O. Box 70
Hot Springs, AR 71902
ryan@theculpepperfirm.com

*Counsel for Bret A. Bielema*


By: /s/ Steven W. Quattlebaum
Steven W. Quattlebaum
Christopher Keller
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center St., Suite 1900
Little Rock, AR 72201
quattlebaum@qgtb.com

*Counsel for Neil Cornrich*