IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRET A. BIELEMA                                                                                       PLAINTIFF

v.                                            NO. 20-5104

THE RAZORBACK FOUNDATION, INC.                                              DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 29th day of April, 2021, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                AT THE DIRECTION OF THE COURT

                JAMIE GIANI, CLERK

                BY:  S. Cummings
                      Deputy Clerk